# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 06–31353–lmc
Chapter No.: 13
Judge: Leif M. Clark

IN RE: **Maria Eugenia Magdaleno**, Debtor(s)

## NOTICE OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

To **Capital One Bank**, Transferor:

You are hereby notified that a Notice of Assignment/Transfer of Claim was filed in the above entitled bankruptcy case purporting to transfer to **PRA Receivables Management, LLC ,** Transferee, a claim previously filed by you.

Pursuant to Bankruptcy Rule 3001(e) any objection to the assignment/transfer must be filed within twenty (20) days of the date of this notice. If no timely objection is filed, the assignment/transfer will be deemed allowed. A timely filed objection is necessary for a hearing to be held.

Dated: 10/19/09

George D. Prentice II
Clerk, U. S. Bankruptcy Court

BY: L. Resendez , Deputy Clerk

[Notice Assignment/Transfer of Claim(BK)] [NtcAsgnTrfClmBKintp]

# CERTIFICATE OF NOTICE

```
District/off: 0542-3           User: resendezl           Page 1 of 1               Date Rcvd: Oct 19, 2009
Case: 06-31353                 Form ID: 509              Total Noticed: 3
```

The following entities were noticed by first class mail on Oct 21, 2009.
```
db          +Maria Eugenia Magdaleno,   11829 Haddad,   El Paso, TX 79936-5739
aty         +Ruben Vasquez,   4530-B Montana Ave.,   El Paso, TX 79903-4700
            +Capital One Bank,   c/o TSYS Debt Management,   P.O. Box 5155,   Norcross, GA 30091-5155
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2009**                              **Signature:**    _Joseph Speetjens_